UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| KEVEN MARANI,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL CRAMER, et al.,<br><br>        Defendants. | Case No. 19-cv-05538-YGR (LB)<br><br>**DISCOVERY DISPUTE PROCESSES**<br><br>Re: ECF No. 68 |

    The district judge referred all discovery matters to the undersigned. (Order – ECF No. 68.) No dispute is pending. If one arises, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (by video) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." The court will evaluate whether future proceedings are necessary, including any further briefing or argument.

    **IT IS SO ORDERED.**

    Dated: October 31, 2021

                                                       LAUREL BEELER<br>                                                       United States Magistrate Judge

ORDER – No. 19-cv-05538-YGR (LB)