UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| KEVIN MARANI,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CRAMER, et al.,<br><br>    Defendants. | Case No. 19-cv-05538-YGR (LB)<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF Nos. 197, 199 |

The court previously granted the plaintiff's motion to compel discovery from defendant Michael Cramer. The court also warned Mr. Cramer that he must participate in the litigation and risks sanctions if he does not, including monetary sanctions and, ultimately, a terminating sanction in the form of a judgment against him. (Order – ECF No. 191.) Since then, he has not responded to discovery. (Letters – ECF Nos. 197, 199.) The court set a hearing for May 30, 2024, and ordered Mr. Cramer to appear via the court's Zoom webinar link. (Order – ECF No. 186.) The court issues this order to document that Mr. Cramer is not participating in the litigation.

**IT IS SO ORDERED.**

Dated: May 31, 2024

LAUREL BEELER
United States Magistrate Judge